UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| NIKE, INC., and CONVERSE INC., | : | 21-Cv-248 (SHS) |
| Plaintiffs, | : | |
| -v- | : | <u>ORDER</u> |
| WWW.PERFECTKICKS.ME, *ET AL.*, | : | |
| Defendants. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that there will be a telephone conference on December 15, 2021, at 10:30 a.m, for the Court to read its opinion on defendant Liu Zheqian's motion to dissolve the preliminary injunction. The parties shall dial 888-273-3658 and use access code 7004275 to access the conference.

Dated: New York, New York
       December 13, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.