UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

NIKE, INC., and CONVERSE INC.,  :  21-Cv-248 (SHS)

      Plaintiffs,  :

  -v-  :  ORDER

WWW.PERFECTKICKS.ME, *ET AL.*,  :

      Defendants.  :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

  A telephone conference having been held today, with counsel for all parties participating,

  IT IS HEREBY ORDERED that:

  1. For the reasons set forth on the record, defendant Zheqian Liu's motion to dissolve the preliminary injunction [Doc. No. 49], is denied; and

  2. There will be a status conference on February 23, 2022, at 2:00 p.m. The conference will take place at the U.S. Courthouse, 500 Pearl Street, New York, New York, in Courtroom 23A.

Dated: New York, New York
    December 15, 2021

              SO ORDERED:

              _____
              Sidney H. Stein, U.S.D.J.