UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NIKE, INC. AND CONVERSE, INC.,

                Plaintiffs,

    v.

WWW.PERFECTKICKS.ME, *et al.*,

                Defendants.

21-cv-248 (SHS)

ORDER

It is HEREBY ORDERED that the Clerk's Certificate of Default, (ECF No. 75), is VACATED and plaintiffs are directed to re-file their Proposed Clerk's Certificate of Default with an attachment that removes the names of Liu Zheqian and Bing Luo, who have already filed an answer to the amended complaint. (ECF No. 72.)

Dated: New York, New York
       January 25, 2022

SO ORDERED:

*/s/ Sidney H. Stein*
Sidney H. Stein, U.S.D.J.