UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| NIKE, INC., and CONVERSE INC., | : | 21-Cv-248 (SHS) |
| Plaintiffs, | : | |
| -v- | : | ORDER |
| WWW.PERFECTKICKS.ME, *ET AL.*, | : | |
| Defendants. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

A telephone conference having been held today, with counsel for plaintiffs and counsel for defendants Liu Zheqian and Bing Luo participating,

IT IS HEREBY ORDERED that:

1. The last day for completion of discovery is extended to May 5, 2022;

2. There will be a status teleconference on May 5, 2022, at 10:00 a.m. The parties shall call 888-273-3658 and use access code 7004275 to join the call; and

3. Any discovery disputes shall be brought to the Court's attention, in writing, far enough in advance of May 5, 2022, in order for the dispute to be adjudicated and any necessary discovery taken before the close of discovery on May 5, 2022.

Dated: New York, New York
February 23, 2022

SO ORDERED:

Sidney H. Stein, U.S.D.J.