UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

NIKE, INC., and CONVERSE INC.,  :   21-Cv-248 (SHS)

                   Plaintiffs,  :

     -v-  :   ORDER

WWW.PERFECTKICKS.ME, *ET AL.*,  :

                   Defendants.  :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the status teleconference scheduled for May 5, 2022, is adjourned to May 6, 2022, at 9:00 a.m. The parties shall call 888-273-3658 and use access code 7004275 to join the call.

Dated: New York, New York
       May 3, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.