UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

NIKE, INC., and CONVERSE INC.,                :        21-Cv-248 (SHS)

                Plaintiffs,        :

       -v-                                          :        <u>ORDER</u>

WWW.PERFECTKICKS.ME, *ET AL.*,                :

                Defendants.        :

-------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      A status conference having been held today via telephone, with counsel for all parties participating,

      IT IS HEREBY ORDERED that:

      1. The last day for plaintiffs to respond to certain defendants' motion to modify the asset restraint is May 25;

      2. Defendants shall reply on or before June 8, 2022;

      3. The parties shall comply with Fed. R. Civ. P. 55 and this Court's Individual Rule 4;

      4. The last day for plaintiffs to file their summary judgment motion is May 25, 2022;

      5. Defendants shall respond to plaintiffs' summary judgment motion on or before June 15, 2022; and

      6. Plaintiffs shall reply on or before June 29, 2022.

Dated: New York, New York
       May 6, 2022

                                                          SO ORDERED:

                                                          Sidney H. Stein, U.S.D.J.