UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NIKE, INC. and CONVERSE INC.,

                Plaintiff,

                                                      21 **CIVIL** 248 (SHS)

                                                      **Rule 54(b)**

        -against-                             **DEFAULT JUDGMENT**

WWW.PERFECTKICKS.ME a/k/a
YUFANG 1990789@163.COM, et al.,

                Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Order dated October 11, 2022, Plaintiffs' Motion for Rule 54(b) Final Judgment as to the Court's Order Granting Default Judgment is GRANTED.   Final judgment is entered against the Defaulting Defendants (see attachment A) in accordance with the Court's order and judgment dated August 16, 2022.

**DATED**: New York, New York
             October 12, 2022

                                                      **RUBY J. KRAJICK**

                                                        **Clerk of Court**

                          **BY:** _K. Mango_

                                                      **Deputy Clerk**

## ATTACHMENT A TO DEFAULT JUDGMENT
*NIKE, Inc., et al. v. www.perfectkicks.me, et al.*

| Defaulting Defendants |
|---|
| The individual Defaulting Defendants comprising each Defendant Network are jointly and severally liable to Plaintiffs for the amounts specified for the respective networks with which each is Defaulting Defendant is associated: |

| No. | Defaulting Defendant | Network(s)[1] | Damages[2] |
|---|---|---|---|
| 1 | www.perfectkicks.me a/k/a yufang1990789@163.com | Network 1 | $78,200,000 |
| 2 | Huangjinhuang | Network 1 | |
| 3 | wang ziyue | Network 1 | |
| 4 | HK Haoyuntong Trade Co. Ltd. | Network 1 | |
| 5 | Tony Xiong | Network 1 | |
| 6 | dehua liu | Network 1 | |
| 7 | brm test account | Network 1 | |
| 8 | BRMTESTACCT | Network 1 | |
| 9 | CAIBINGBING Kim Kim | Network 1 | |
| 10 | PERFECTKICK | Network 1 | |
| 11 | YUFANG19907 | Network 1 | |
| 12 | AGENT2018 | Network 1 | |
| 13 | AJ | Network 1 | |
| 14 | Alex Liu | Network 1 | |
| 15 | ANDRIYANSYA | Network 1 | |
| 16 | andriyansyah h. mamu | Network 1 | |
| 17 | Bingbing cai | Network 1 | |
| 18 | Bollecker Milan | Network 1 | |
| 19 | BOXINGDIANZ | Network 1 | |
| 20 | Celia Chen | Network 1 | |
| 21 | Celia Lin | Network 1 | |
| 22 | CG9685 | Network 1 | |
| 23 | chen lina | Network 1 | |
| 24 | chen shuilan | Network 1 | |
| 25 | David Donn | Network 1 | |
| 26 | Ding Shaoxin | Network 1 | |
| 27 | dsfsdf fdsfsd | Network 1 | |
| 28 | EBUY0928 | Network 1 | |
| 29 | FUTIANSHIZH | Network 1 | |
| 30 | Gangchen | Network 1 | |
| 31 | Guobao Cai | Network 1 | |
| 32 | hongying zheng | Network 1 | |
| 33 | Huang WenHong | Network 1 | |
| 34 | INSPK 2008 INC | Network 1 | |

---

[1] Defaulting Defendants are members of Defendant Networks as set forth in Exhibits 1 & 6 to the Declaration of Sara Perles dated May 25, 2022 (ECF Nos. 93.1 and 93.6). Defaulting Defendant Cristiano Sagese is a member of Network 3 as set forth in the Declaration of Sara Perles dated January 7, 2021 (ECF No. 10, Ex.3).

[2] Each Defaulting Defendant is jointly and severally liable along with the other members of their Defendant Network as set forth in Exhibits 8 & 9 to the Declaration of Sara Perles dated May 25, 2022 (ECF Nos. 93.8 and 93.9).

| No. | Defaulting Defendant | Network(s)[1] | Damages[2] |
|---|---|---|---|
|  | | | |

| No. | Defaulting Defendant | Network(s)[1] | Damages[2] |
|---|---|---|---|
| 35 | Jack Banish | Network 1 | $78,200,000 |
| 36 | jian li | Network 1 | |
| 37 | jianlian xu | Network 1 | |
| 38 | jinhuang huang | Network 1 | |
| 39 | Juan Chen | Network 1 | |
| 40 | Kevin Nguyen | Network 1 | |
| 41 | Kick CC | Network 1 | |
| 42 | kicksordie net | Network 1 | |
| 43 | KICKZMALL | Network 1 | |
| 44 | Kickzmall.com | Network 1 | |
| 45 | li bo | Network 1 | |
| 46 | Li jian | Network 1 | |
| 47 | LIJUANWANG6 | Network 1 | |
| 48 | Lina Chen | Network 1 | |
| 49 | Linda Chen | Network 1 | |
| 50 | Linda Dove | Network 1 | |
| 51 | Linda HipHop | Network 1 | |
| 52 | Lisa Lin | Network 1 | |
| 53 | Liying Huang | Network 1 | |
| 54 | LOVEBODYBUI | Network 1 | |
| 55 | LOVEMOTION1 | Network 1 | |
| 56 | Luna topkickz | Network 1 | |
| 57 | Lynn Alice | Network 1 | |
| 58 | NAMESNEAKER | Network 1 | |
| 59 | Nice Kicksyeezy | Network 1 | |
| 60 | NICEKICKZ18 | Network 1 | |
| 61 | NICEYESNET | Network 1 | |
| 62 | ning liangqin | Network 1 | |
| 63 | ONLINESTORE | Network 1 | |
| 64 | ourpayment online | Network 1 | |
| 65 | pinking diy inc | Network 1 | |
| 66 | pk golden inc | Network 1 | |
| 67 | Pk Sneaker | Network 1 | |
| 68 | Qingwang Cai | Network 1 | |
| 69 | REALYEEZYBA | Network 1 | |
| 70 | SHANNN0729 | Network 1 | |
| 71 | SHOPKING | Network 1 | |
| 72 | shuilan chen | Network 1 | |
| 73 | Sneakershoeboxclub Linda | Network 1 | |
| 74 | SOLEPERFECT | Network 1 | |
| 75 | SOLESLIKE | Network 1 | |

**Defaulting Defendants**

*The individual Defaulting Defendants comprising each Defendant Network are jointly and severally liable to Plaintiffs for the amounts specified for the respective networks with which each is Defaulting Defendant is associated:*

| | Defaulting Defendants | | |
|---|---|---|---|
| | *The individual Defaulting Defendants comprising each Defendant Network are jointly and severally liable to Plaintiffs for the amounts specified for the respective networks with which each is Defaulting Defendant is associated:* | | |
| No. | Defaulting Defendant | Network(s)[1] | Damages[2] |
| 76 | Susan Miss | Network 1 | $78,200,000 |
| 77 | tenglong zheng | Network 1 | |
| 78 | TRYMYWAYINC | Network 1 | |
| 79 | tsz hin wai wai tsz hin | Network 1 | |
| 80 | wang xiaoliang | Network 1 | |
| 81 | WANGXIAOLIA | Network 1 | |
| 82 | Wei Chen | Network 1 | |
| 83 | weili chen | Network 1 | |
| 84 | Wendy Wang | Network 1 | |
| 85 | wu lihan | Network 1 | |
| 86 | XiaoDong Wu | Network 1 | |
| 87 | xie shaoxiong | Network 1 | |
| 88 | XIESHAOXION | Network 1 | |
| 89 | XiuLian Weng | Network 1 | |
| 90 | XUJIANLIAN | Network 1 | |
| 91 | Yuki Wu | Network 1 | |
| 92 | Yurong Hu | Network 1 | |
| 93 | ZHENGTENGLO | Network 1 | |
| 94 | zhengtenglong | Network 1 | |
| 95 | ZHENMEILIN6 | Network 1 | |
| 96 | www.fyysports.co a/k/a 2964688834@qq.com | Network 2 | $158,000,000 |
| 97 | CHENLIKEJIY | Network 2 | |
| 98 | chen nvshi | Network 2 | |
| 99 | xiaochai chen | Network 2 | |
| 100 | Chen Hongyun Jusan Qiao | Network 2 | |
| 101 | LIU HAI FENG | Network 2 | |
| 102 | LIQINGYUN | Network 2 | |
| 103 | TITANSLEE00 | Network 2 | |
| 104 | YAN DAYONG | Network 2 | |
| 105 | ZHIWEN LI | Network 2 | |
| 106 | ZHIYONG WEI | Network 2 | |
| 107 | HONGBIN LI | Network 2 | |
| 108 | Karel Stehno | Network 2 | |
| 109 | ACO Marine s.r.o. | Network 3 | $201,800,000 |
| 110 | www.airjordan1og.com a/k/a davidbusycom@gmail.com | Network 3 | |
| 111 | CRISTIANO SAGESE | Network 3 | |
| 112 | Suyu Julio | Network 3 | |
| 113 | Yuan Jing Cai | Network 3 | |
| 114 | Carlotta Murrah | Network 3 | |
| 115 | HK Weigehuang Trade Co. Ltd. | Network 3 | |
| 116 | chen ting | Network 3 | |

| No. | Defaulting Defendant | Network(s)[1] | Damages[2] |
|---|---|---|---|
| | **Defaulting Defendants** | | |
| | *The individual Defaulting Defendants comprising each Defendant Network are jointly and severally liable to Plaintiffs for the amounts specified for the respective networks with which each is Defaulting Defendant is associated:* | | |
| 117 | Aryata Solutions | Network 3 | $201,800,000 |
| 118 | Yong An Pan | Network 3 | |
| 119 | zhang xiao ming | Network 3 | |
| 120 | Bob Wallace | Network 3 | |
| 121 | John Dunphy | Network 3 | |
| 122 | Xu Jin Jian | Network 3 | |
| 123 | Cheng Kevin | Network 3 | |
| 124 | Riccardo Romagnoli | Network 3 | |
| 125 | Hanin Larsson | Network 3 | |
| 126 | Najma Bergqvist | Network 3 | |
| 127 | Darryl Johnson | Network 3 | |
| 128 | Alfid van Arista | Network 3 | |
| 129 | Lindgren Obeirg | Network 3 | |
| 130 | Daniel Brown | Network 3 | |
| 131 | Tao Cheng | Network 3 | |
| 132 | essie hunt | Network 3 | |
| 133 | Svensson Hellstrom | Network 3 | |
| 134 | Xue Lin | Network 3 | |
| 135 | Huizhou Huangyuan Trading Co., Ltd. | Network 3 | |
| 136 | Sofka Jessica | Network 3 | |
| 137 | xioaoliu yang | Network 3 | |
| 138 | JAMES CLEARY | Network 3 | |
| 139 | Amin Pochi | Network 3 | |
| 140 | gordon emy | Network 3 | |
| 141 | Luxury Brand Holdings, Inc. | Network 3 | |
| 142 | Judy Kelly | Network 3 | |
| 143 | Olga Lofgrent | Network 3 | |
| 144 | Quartilla Castiglione | Network 3 | |
| 145 | Shi Ma Guan | Network 3 | |
| 146 | Bin Peng | Network 3 | |
| 147 | Jian Chao Mao | Network 3 | |
| 148 | Cheng Zhang | Network 3 | |
| 149 | Shi Hua Zhang | Network 3 | |
| 150 | pramod jayle | Network 3 | |
| 151 | Fan Yu | Network 3 | |
| 152 | Bjork Melikssa | Network 3 | |
| 153 | Joseph Richardson | Network 3 | |
| 154 | Mateo Amaral | Network 3 | |
| 155 | Calvin Villani | Network 3 | |
| 156 | CHEN WEI | Network 3 | |
| 157 | PURPLE | Network 3 | |

| | Defaulting Defendants | | |
|---|---|---|---|
| *The individual Defaulting Defendants comprising each Defendant Network are jointly and severally liable to Plaintiffs for the amounts specified for the respective networks with which each is Defaulting Defendant is associated:* | | |
| No. | Defaulting Defendant | Network(s)[1] | Damages[2] |
| 158 | agustina pinto de almeida castro | Network 3 | $201,800,000 |
| 159 | BI706396295 | Network 3 | |
| 160 | Brandon Matticks | Network 3 | |
| 161 | C&G VENTURES LLC | Network 3 | |
| 162 | canshen qin | Network 3 | |
| 163 | CCS8845 | Network 3 | |
| 164 | CGVENTURESL | Network 3 | |
| 165 | chris korona | Network 3 | |
| 166 | chunsheng chen | Network 3 | |
| 167 | CHUNXIANG XIE | Network 3 | |
| 168 | CLR6666 | Network 3 | |
| 169 | DAIRELCOWLI | Network 3 | |
| 170 | DEAITVXWYC | Network 3 | |
| 171 | dou eryan | Network 3 | |
| 172 | FINCH HOST | Network 3 | |
| 173 | finchhost , inc. | Network 3 | |
| 174 | FUTIANSHIMI | Network 3 | |
| 175 | GJBXD99 | Network 3 | |
| 176 | GTAWF747UPR | Network 3 | |
| 177 | Guo Zhipeng | Network 3 | |
| 178 | HAZEM AL-MASNAD | Network 3 | |
| 179 | Hazim AL-MASNAD | Network 3 | |
| 180 | HBARROS | Network 3 | |
| 181 | HUANGYUANMA | Network 3 | |
| 182 | hui zhou huang yuan mao yi you xian gong si | Network 3 | |
| 183 | IMINC | Network 3 | |
| 184 | JCDNB30947W | Network 3 | |
| 185 | jin chen | Network 3 | |
| 186 | John Hauber | Network 3 | |
| 187 | JohnAndrews | Network 3 | |
| 188 | Julio Antonio Hernandez Barros | Network 3 | |
| 189 | Julio Hernandez Barros | Network 3 | |
| 190 | karim alexander | Network 3 | |
| 191 | katy settle | Network 3 | |
| 192 | KONG3449630 | Network 3 | |
| 193 | KUAIPANE890 | Network 3 | |
| 194 | LWX608 | Network 3 | |
| 195 | MADEINPUTIA | Network 3 | |
| 196 | madeinputian | Network 3 | |
| 197 | Marco Gagliano | Network 3 | |
| 198 | martin castro | Network 3 | |

## Defaulting Defendants

*The individual Defaulting Defendants comprising each Defendant Network are jointly and severally liable to Plaintiffs for the amounts specified for the respective networks with which each is Defaulting Defendant is associated:*

| No. | Defaulting Defendant | Network(s)[1] | Damages[2] |
|---|---|---|---|
| 199 | MERLYNSTORE | Network 3 | $201,800,000 |
| 200 | MIGUELVERAS | Network 3 | |
| 201 | MOONPAYMENT | Network 3 | |
| 202 | N2R82I | Network 3 | |
| 203 | NOISETUNER | Network 3 | |
| 204 | NOTIFICATIO | Network 3 | |
| 205 | NUQI2008230 | Network 3 | |
| 206 | P578C7 | Network 3 | |
| 207 | promohomes russia | Network 3 | |
| 208 | qin canshen | Network 3 | |
| 209 | ROSESEA521 | Network 3 | |
| 210 | STEHNOK | Network 3 | |
| 211 | UANI739 | Network 3 | |
| 212 | VEEKJSRD2PH | Network 3 | |
| 213 | weibin xue | Network 3 | |
| 214 | WUSONG81332 | Network 3 | |
| 215 | YIFANZHAOYU | Network 3 | |
| 216 | YPS8LAE | Network 3 | |
| 217 | YUQIN062260 | Network 3 | |
| 218 | YUYUANPAI31 | Network 3 | |
| 219 | ZAUGGJAMMIE | Network 3 | |
| 220 | www.withsneaker.com a/k/a 1273205543@qq.com | Network 3 | |
| 221 | Franklyn Ugolini | Network 3 | |
| 222 | xiang dao xin xi ji shu you xiang gong si | Network 3 | |
| 223 | THUSADXYYIB | Network 3 | |
| 224 | www.fitmysole.com a/k/a service@feedback-online.org | Network 4 | $117,000,000 |
| 225 | LIANGHAIJUN | Network 4 | |
| 226 | Haijun Liang | Network 4 | |
| 227 | gueijuan xu | Network 4 | |
| 228 | lin weihui | Network 4 | |
| 229 | SERVICE | Network 4 | |
| 230 | weihui lin | Network 4 | |
| 231 | CARMELITASC | Network 4 | |
| 232 | li baocheng | Network 4 | |
| 233 | meilan lian | Network 4 | |
| 234 | NINGHUAI307 | Network 4 | |
| 235 | shi lixia | Network 4 | |
| 236 | SHIYI019862 | Network 4 | |
| 237 | Timothy Crawford | Network 4 | |
| 238 | Zongjian Lian | Network 4 | |
| 239 | www.anpkickz.com a/k/a ms.chenlin@outlook.com | Network 5 | $132,000,000 |

| | Defaulting Defendants | | |
|---|---|---|---|
| *The individual Defaulting Defendants comprising each Defendant Network are jointly and severally liable to Plaintiffs for the amounts specified for the respective networks with which each is Defaulting Defendant is associated:* | | | |
| No. | Defaulting Defendant | Network(s)[1] | Damages[2] |
| 240 | Rmb Rain Inc | Network 5 | $132,000,000 |
| 241 | chen ling | Network 5 | |
| 242 | MRLINVIP | Network 5 | |
| 243 | MSCHENLIN | Network 5 | |
| 244 | www.brandsneakertwins.com a/k/a 343187552@qq.com | Network 6 | $45,000,000 |
| 245 | Ruby Wang | Network 6 | |
| 246 | HK Bairun Trade Co. Ltd. | Network 6 | |
| 247 | jie zhang | Network 6 | |
| 248 | Zhang Jie | Network 6 | |
| 249 | Affiliate marketing | Network 6 | |
| 250 | AKSHAY | Network 6 | |
| 251 | akshay ganar | Network 6 | |
| 252 | li jialiang | Network 6 | |
| 253 | TOPONESNEAK | Network 6 | |
| 254 | yang le | Network 6 | |
| 255 | www.jdfoot.com a/k/a forushoes123@gmail.com | Network 7 | $65,000,000 |
| 256 | HELLOALLTOP | Network 7 | |
| 257 | FORUSHOES12 | Network 7 | |
| 258 | Jacky Ji | Network 7 | |
| 259 | Jessi966 | Network 7 | |
| 260 | KINDSNEAKER | Network 7 | |
| 261 | LBEX Global Logistics | Network 7 | |
| 262 | Lorrin Luo | Network 7 | |
| 263 | luo yanni | Network 7 | |
| 264 | OFFKICKSERV | Network 7 | |
| 265 | Qiu Feilong | Network 7 | |
| 266 | qiu ruimei | Network 7 | |
| 267 | ruimei qiu | Network 7 | |
| 268 | zzz zzz | Network 7 | |
| 269 | BESTSHOES98 | Network 7 | |
| 270 | DMJYFSNH | Network 7 | |
| 271 | FEILONG QIU | Network 7 | |
| 272 | GANG FA | Network 7 | |
| 273 | jinyan zhou | Network 7 | |
| 274 | lihong zhu | Network 7 | |
| 275 | LONG1765 | Network 7 | |
| 276 | lu erliang | Network 7 | |
| 277 | Qiqi Qiao | Network 7 | |
| 278 | Shuangjiao Wang | Network 7 | |
| 279 | Shutao | Network 7 | |
| 280 | TIKISHOPPIN | Network 7 | |

| | Defaulting Defendants | | |
|---|---|---|---|
| *The individual Defaulting Defendants comprising each Defendant Network are jointly and severally liable to Plaintiffs for the amounts specified for the respective networks with which each is Defaulting Defendant is associated:* | | | |
| **No.** | **Defaulting Defendant** | **Network(s)[1]** | **Damages[2]** |
| 281 | TRADE9SHOES | Network 7 | $65,000,000 |
| 282 | Wang Shuangjiao | Network 7 | |
| 283 | WOWSNEAKER8 | Network 7 | |
| 284 | yacheng zhang | Network 7 | |
| 285 | Yi Han | Network 7 | |
| 286 | Yuan Zhang | Network 7 | |
| 287 | Yunxiang | Network 7 | |
| 288 | Zhaocheng Zhu | Network 7 | |
| 289 | zheng min | Network 7 | |
| 290 | Zhu LiHong | Network 7 | |
| 291 | Ziyi He | Network 7 | |
| 292 | www.nikecraze.com a/k/a dfymerchandising@gmail.com a/k/a info@nikecraze.com | Network 8 | $38,000,000 |
| 293 | SOPHORN CHHAY | Network 8 | |
| 294 | HK Maiyuntong Trade Co. Ltd. | Network 8 | |
| 295 | DFYSNEAKERS | Network 8 | |
| 296 | INBOUNDO | Network 8 | |
| 297 | john chhay | Network 8 | |
| 298 | Arran Chhay | Network 8 | |
| 299 | Chin Rath | Network 8 | |
| 300 | Evergreen Digital LLC | Network 8 | |
| 301 | Inboundo LLC | Network 8 | |
| 302 | Marsha Siha | Network 8 | |
| 303 | Sheldon N Kane | Network 8 | |
| 304 | Sophorn Chhay, DBA DFY SNEAKERS | Network 8 | |
| 305 | www.cheapinus.com a/k/a 149440714@qq.com | Network 9 | $199,100,000 |
| 306 | SS*newbeecomshop | Network 9 | |
| 307 | Zhu yan | Network 9 | |
| 308 | Guanguiwang | Network 9 | |
| 309 | Gao qin long | Network 9 | |
| 310 | yang yang | Network 9 | |
| 311 | yue min liu | Network 9 | |
| 312 | chen yanfei | Network 9 | |
| 313 | jianxin xu | Network 9 | |
| 314 | LEADLPH | Network 9 | |
| 315 | NIKEDROPSHI | Network 9 | |
| 316 | SHAMENHONGD | Network 9 | |
| 317 | XU JIAN XIN | Network 9 | |
| 318 | yanfei chen | Network 9 | |
| 319 | www.kd11sale.com a/k/a GLGHVCA | Network 10 | $111,900,000 |
| 320 | Succe Olive | Network 10 | |

| Defaulting Defendants | | | |
|---|---|---|---|
| *The individual Defaulting Defendants comprising each Defendant Network are jointly and severally liable to Plaintiffs for the amounts specified for the respective networks with which each is Defaulting Defendant is associated:* | | | |
| No. | Defaulting Defendant | Network(s)[1] | Damages[2] |
| 321 | Ludwig Rhys | Network 10 | $111,900,000 |
| 322 | jiongxiong lu | Network 10 | |
| 323 | lu jiongxiong | Network 10 | |
| 324 | JESTYN | Network 10 | |
| 325 | jestyn jackson | Network 10 | |
| 326 | www.uashoe.com a/k/a waddel9hpay5@gmail.com | Network 11 | $194,000,000 |
| 327 | OMG KICKZ | Network 11 | |
| 328 | Biyun Huang | Network 11 | |
| 329 | DEYANG LIN | Network 11 | |
| 330 | huang ting | Network 11 | |
| 331 | LHLPAY29 | Network 11 | |
| 332 | Lili Chen | Network 11 | |
| 333 | liqiong xie | Network 11 | |
| 334 | liu huilin | Network 11 | |
| 335 | Shuang Xu | Network 11 | |
| 336 | TINGHUANG98 | Network 11 | |
| 337 | WADDEL9HPAY | Network 11 | |
| 338 | xie liqiong | Network 11 | |
| 339 | xie liqiong | Network 11 | |
| 340 | Canyong Chen | Network 11 | |
| 341 | chen qiqing | Network 11 | |
| 342 | Fengqing Wu | Network 11 | |
| 343 | FOOTSKICK | Network 11 | |
| 344 | Hanwen Cai | Network 11 | |
| 345 | HK Gemaikang Trade Co. Ltd. | Network 11 | |
| 346 | hong lin | Network 11 | |
| 347 | hypeski ck Zhang | Network 11 | |
| 348 | KARIUSS5MEJ | Network 11 | |
| 349 | KICKSPERFEC | Network 11 | |
| 350 | LIN DEYANG | Network 11 | |
| 351 | lin hong | Network 11 | |
| 352 | lin xu wei | Network 11 | |
| 353 | Lirong Chen | Network 11 | |
| 354 | Liying Zhu | Network 11 | |
| 355 | Meizhu Fang | Network 11 | |
| 356 | MRFASHION | Network 11 | |
| 357 | MRFASHION666 | Network 11 | |
| 358 | Na Zhang | Network 11 | |
| 359 | Qian Yu | Network 11 | |
| 360 | Qing Zhang | Network 11 | |
| 361 | Qiong Chen | Network 11 | |

| | Defaulting Defendants | | |
|---|---|---|---|
| *The individual Defaulting Defendants comprising each Defendant Network are jointly and severally liable to Plaintiffs for the amounts specified for the respective networks with which each is Defaulting Defendant is associated:* | | | |
| No. | Defaulting Defendant | Network(s)[1] | Damages[2] |
| 362 | qiufen wang | Network 11 | $194,000,000 |
| 363 | Qunying Chen | Network 11 | |
| 364 | Sen Lin | Network 11 | |
| 365 | Sini Chen | Network 11 | |
| 366 | Sunlife Electrical Contracting LLG | Network 11 | |
| 367 | TASCHNERPX2 | Network 11 | |
| 368 | Technologyh Activityr | Network 11 | |
| 369 | wang qiu fen wang | Network 11 | |
| 370 | WANG QIUFEN | Network 11 | |
| 371 | xiong meng | Network 11 | |
| 372 | YuanQing Guo | Network 11 | |
| 373 | Yuyan Xu | Network 11 | |
| 374 | ZHANG SAN SAN | Network 11 | |
| 375 | Zhong Chen | Network 11 | |
| 376 | Zhou Yi | Network 11 | |
| 377 | ZHOUYI987 | Network 11 | |
| 378 | www.footskicks.co a/k/a kariuss5mej@gmail.com | Network 11 | |
| 379 | qin xuelu | Network 11 | |
| 380 | www.kickze.com a/k/a taschnerpx2@gmail.com | Network 11 | |
| 381 | Kenny Lee | Network 11 and Network 32 | $275,000,000 |
| 382 | Golden Bridge E-Commerce Ltd. | Network 11 | $194,000,000 |
| 383 | Hiking Electronic Trading LLC c/o DTDC DAFZA | Network 12 | $46,000,000 |
| 384 | www.uaplg.com a/k/a XENDIT*UAPLG | Network 12 | |
| 385 | HK Xutaimai Trade Co. Ltd. | Network 12 | |
| 386 | Scott Cutler | Network 12 | |
| 387 | Scott Cutler (StockX) | Network 12 | |
| 388 | LEE FANG FOO | Network 12 | |
| 389 | TECHNO DEALS PTE LTD | Network 12 | |
| 390 | TECHNODEALS | Network 12 | |
| 391 | www.unhs.net a/k/a 714984886@qq.com | Network 13 | $92,000,000 |
| 392 | Yunxiang Fan | Network 13 | |
| 393 | Dai Bing | Network 13 | |
| 394 | ADMIN | Network 13 | |
| 395 | Liu jianpeng Liu | Network 13 | |
| 396 | JIANPENG LIU | Network 13 | |
| 397 | Jingying Yuan | Network 13 | |
| 398 | jun liu | Network 13 | |
| 399 | LIHUA FAN | Network 13 | |
| 400 | MEIFANG DING | Network 13 | |

| | Defaulting Defendants | | |
|---|---|---|---|
| *The individual Defaulting Defendants comprising each Defendant Network are jointly and severally liable to Plaintiffs for the amounts specified for the respective networks with which each is Defaulting Defendant is associated:* | | | |
| No. | Defaulting Defendant | Network(s)[1] | Damages[2] |
| 401 | TEEBEE | Network 13 | $92,000,000 |
| 402 | UNIONHOUSE1 | Network 13 | |
| 403 | www.ow-factory.ru a/k/a liangumeitpr@yeah.net | Network 14 | $75,000,000 |
| 404 | Weiqin Yu | Network 14 | |
| 405 | YCS Bonnie Li | Network 14 | |
| 406 | Paoluo E Commerce Company | Network 14 | |
| 407 | LIANGUMEITP | Network 14 | |
| 408 | qiu xiangrong | Network 14 | |
| 409 | SISHIDENG | Network 14 | |
| 410 | XUSHIXUNYF | Network 14 | |
| 411 | Jianfeng Wu | Network 14 | |
| 412 | Qiang Li | Network 14 | |
| 413 | Xiufang Su | Network 14 | |
| 414 | yang biqin | Network 14 | |
| 415 | YANZIFEI12 | Network 14 | |
| 416 | www.gmkim.co.ua a/k/a gmkim@foxmail.com | Network 15 | $72,000,000 |
| 417 | zhangjian | Network 15 | |
| 418 | HK Baozhou Trade Co Ltd. | Network 15 | |
| 419 | Dongqing Lu | Network 15 | |
| 420 | GMKSRV | Network 15 | |
| 421 | lizhangjian | Network 15 | |
| 422 | zhang jian li | Network 15 | |
| 423 | www.sneakerwill.com a/k/a wsneakerwill@gmail.com | Network 16 | $88,000,000 |
| 424 | Yang Jianxin | Network 16 | |
| 425 | Yun Kuang Se Niu Trade Co Ltd. | Network 16 | |
| 426 | 2008XYT | Network 16 | |
| 427 | HUANGCHUNYA | Network 16 | |
| 428 | philipp kuleshiv | Network 16 | |
| 429 | PHILIPPVSOL | Network 16 | |
| 430 | sole foundation | Network 16 | |
| 431 | gao jingqin | Network 16 | |
| 432 | www.jordans2019shoes.com a/k/a stevenrowe87@gmail.com | Network 17 | $105,000,000 |
| 433 | EPL*CNHLONFI LTD | Network 17 | |
| 434 | MingLiang Luo | Network 17 | |
| 435 | STEVENROWE8 | Network 17 | |
| 436 | www.voguewho.com a/k/a kicksvogue88@gmail.com | Network 18 | $74,000,000 |
| 437 | CHENDONGSONG | Network 18 | |
| 438 | Chenhoushan | Network 18 | |
| 439 | Huahuai Yihetang Guihai Trading Co. | Network 18 | |
| 440 | ARMANI | Network 18 | |

| | **Defaulting Defendants** | | |
|---|---|---|---|
| *The individual Defaulting Defendants comprising each Defendant Network are jointly and severally liable to Plaintiffs for the amounts specified for the respective networks with which each is Defaulting Defendant is associated:* | | | |
| **No.** | **Defaulting Defendant** | **Network(s)[1]** | **Damages[2]** |
| 441 | Brookelin S Jones | Network 18 | $74,000,000 |
| 442 | CHEN XIAOQING | Network 18 | |
| 443 | CHENXIAOQIN | Network 18 | |
| 444 | dongsong chen | Network 18 | |
| 445 | LINTING | Network 18 | |
| 446 | lora holmes | Network 18 | |
| 447 | MICHAELJAME | Network 18 | |
| 448 | NOVEBUY | Network 18 | |
| 449 | SHOESONLINE | Network 18 | |
| 450 | yuanbiao chen | Network 18 | |
| 451 | www.onkicks.com a/k/a enjoybuy@live.com A/K/A onkicks@live.com | Network 19 | $104,000,000 |
| 452 | Anne Sen | Network 19 | |
| 453 | Austin Lan | Network 19 | |
| 454 | ENJOYBUY | Network 19 | |
| 455 | ENJOYBUYHER | Network 19 | |
| 456 | GETHOTSALE | Network 19 | |
| 457 | shengdong wu | Network 19 | |
| 458 | WUSHENGDONG | Network 19 | |
| 459 | www.snkes.org a/k/a 198363048@qq.com a/k/a buypopsneakers@gmail.com | Network 19 | |
| 460 | chen li | Network 20 | $22,000,000 |
| 461 | gueijuan xu | Network 20 | |
| 462 | DONGHAOWENH | Network 20 | |
| 463 | NES Ebony Carnelian | Network 20 | |
| 464 | shang hai dong hao wen hua chuan bo you xian gong si | Network 20 | |
| 465 | Xinfeng Trading | Network 20 | |
| 466 | YZYSNEAKER | Network 20 | |
| 467 | www.outletsfire.com a/k/a 383774362@qq.com | Network 21 | $98,000,000 |
| 468 | dgnettc | Network 21 | |
| 469 | Huayimei | Network 21 | |
| 470 | Karen Walters | Network 21 | |
| 471 | Robert Slay | Network 21 | |
| 472 | HUAZHENXUAN | Network 21 | |
| 473 | Zhenxuan Hua | Network 21 | |
| 474 | www.sneakerahead.org a/k/a xl77889@126.com | Network 22 | $69,000,000 |
| 475 | David Jones | Network 22 | |
| 476 | IzzyMall | Network 22 | |
| 477 | LISHULI2011 | Network 22 | |
| 478 | Ms. Prebe | Network 22 | |
| 479 | XL77889 | Network 22 | |

| | **Defaulting Defendants** | | |
|---|---|---|---|
| | *The individual Defaulting Defendants comprising each Defendant Network are jointly and severally liable to Plaintiffs for the amounts specified for the respective networks with which each is Defaulting Defendant is associated:* | | |
| **No.** | **Defaulting Defendant** | **Network(s)[1]** | **Damages[2]** |
| 480 | xu long | Network 22 | $69,000,000 |
| 481 | ZHILONGTRAD | Network 22 | |
| 482 | www.xkshoes.com a/k/a 3108074965@qq.com | Network 23 | $78,200,000 |
| 483 | Lin Zhimin | Network 23 | |
| 484 | Jonny Fly | Network 23 | |
| 485 | HK Haolingjin Trade Co. Ltd. | Network 23 | |
| 486 | sha men zeng yuan ke ji you xian gong si | Network 23 | |
| 487 | SHAMENZENGY | Network 23 | |
| 488 | zhimin lin | Network 23 | |
| 489 | SKY AVIATION s.r.o. | Network 23 | |
| 490 | yongjian Zhang | Network 23 | |
| 491 | www.nikefactorys.us a/k/a GUOPING QI | Network 24 | $149,000,000 |
| 492 | Sheila Vega | Network 24 | |
| 493 | Henry Gonzales | Network 24 | |
| 494 | Roy Jimenez | Network 24 | |
| 495 | Jocelyn McKinney | Network 24 | |
| 496 | Robert Vasquez | Network 24 | |
| 497 | Geraldine McCann | Network 24 | |
| 498 | NA Shen Yi Zhe Trade Co. Ltd. | Network 24 | |
| 499 | Eileen Hollingsworth | Network 24 | |
| 500 | Scott Pamela | Network 24 | |
| 501 | Rachel Albrecht | Network 24 | |
| 502 | Michael Harrison | Network 24 | |
| 503 | Maurice Henry | Network 24 | |
| 504 | Oliver Smith | Network 24 | |
| 505 | Mr. Li (QL) | Network 24 | |
| | Chen Lei | Network 24 | |
| 506 | www.muks-store.com a/k/a 514643810@qq.com | Network 25 | $39,000,000 |
| 507 | Li Lin | Network 25 | |
| 508 | Yin Lin | Network 25 | |
| 509 | www.repsneakers.org a/k/a qingqiuhuchuanshuo@hotmail.com | Network 26 | $32,000,000 |
| 510 | Rep Sneakers | Network 26 | |
| 511 | zhi gao lu | Network 26 | |
| 512 | Huanhuan Lu | Network 26 | |
| 513 | Aiduk Trd Co. | Network 26 | |
| 514 | Odyssey Bell | Network 26 | |
| 515 | QINGQIUHUCH | Network 26 | |
| 516 | shoesplus.org | Network 26 | |
| 517 | SHOESPLUSOR | Network 26 | |
| 518 | SNEAKERREPS | Network 26 | |

| | Defaulting Defendants | | |
|---|---|---|---|
| *The individual Defaulting Defendants comprising each Defendant Network are jointly and severally liable to Plaintiffs for the amounts specified for the respective networks with which each is Defaulting Defendant is associated:* | | | |
| No. | Defaulting Defendant | Network(s)[1] | Damages[2] |
| 519 | www.hypereps.com a/k/a hyhereps1@gmail.com | Network 27 | $50,900,000 |
| 520 | Ahmeel Fowler | Network 27 | |
| 521 | Zhangjun | Network 27 | |
| 522 | Andrew Mulele | Network 27 | |
| 523 | Benjamin Iroala | Network 27 | |
| 524 | HYPEPAYMENT | Network 27 | |
| 525 | HYPEREPS1 | Network 27 | |
| 526 | AESTHETICPR | Network 27 | |
| 527 | AestheticPrints | Network 27 | |
| 528 | Benjamin | Network 27 | |
| 529 | BENZINOOSAL | Network 27 | |
| 530 | benzinoosales | Network 27 | |
| 531 | briana epperson | Network 27 | |
| 532 | Judith Iroala | Network 27 | |
| 533 | www.artemisselectkick.com a/k/a shixundo@sina.com | Network 28 | $88,000,000 |
| 534 | ren yuyi | Network 28 | |
| 535 | qiu xiangping | Network 28 | |
| 536 | lin shao bi | Network 28 | |
| 537 | lian li | Network 28 | |
| 538 | Meifa Pan | Network 28 | |
| 539 | SHIXUNDO | Network 28 | |
| 540 | AJSOLE23 | Network 28 | |
| 541 | BEERFORTIGE | Network 28 | |
| 542 | bing xia | Network 28 | |
| 543 | BYNIKECOM | Network 28 | |
| 544 | carlos vina | Network 28 | |
| 545 | chenggong guan | Network 28 | |
| 546 | CHENXIA | Network 28 | |
| 547 | Daniel Carver | Network 28 | |
| 548 | DANNYSEBAYS | Network 28 | |
| 549 | DUANTAOOO | Network 28 | |
| 550 | FIREKICKS | Network 28 | |
| 551 | GENG62MEIQI | Network 28 | |
| 552 | guan chenggong | Network 28 | |
| 553 | he jian hua | Network 28 | |
| 554 | HUA | Network 28 | |
| 555 | huang linqiong | Network 28 | |
| 556 | Huilan Zhang | Network 28 | |
| 557 | JEANDINHPP | Network 28 | |
| 558 | jiang ningjia | Network 28 | |
| 559 | jianhua he | Network 28 | |

| | Defaulting Defendants | | |
|---|---|---|---|
| | *The individual Defaulting Defendants comprising each Defendant Network are jointly and severally liable to Plaintiffs for the amounts specified for the respective networks with which each is Defaulting Defendant is associated:* | | |
| No. | Defaulting Defendant | Network(s)[1] | Damages[2] |
| 560 | Jing Ke | Network 28 | $88,000,000 |
| 561 | lin sun | Network 28 | |
| 562 | Lin Yipiu | Network 28 | |
| 563 | Lingling Jiang | Network 28 | |
| 564 | meiqian geng | Network 28 | |
| 565 | Metal Age to Modern Age | Network 28 | |
| 566 | Mingshan Li | Network 28 | |
| 567 | Newkicks David | Network 28 | |
| 568 | NEWKICKS201 | Network 28 | |
| 569 | NIKESTREET | Network 28 | |
| 570 | NNINGXIAOJI | Network 28 | |
| 571 | PLEASANTUNB | Network 28 | |
| 572 | shaoyuan zhou | Network 28 | |
| 573 | SUN7894LIN | Network 28 | |
| 574 | Two-Am-Inc | Network 28 | |
| 575 | Xiuqin Lin | Network 28 | |
| 576 | Xuefang Xu | Network 28 | |
| 577 | Yan Ke | Network 28 | |
| 578 | YIPU LIN | Network 28 | |
| 579 | zhou shaoyuan | Network 28 | |
| 580 | www.mybestsneakers.com a/k/a Xu Dongmei | Network 29 | $146,000,000 |
| 581 | LUCYMANDY4 | Network 29 | |
| 582 | Mei Feng Qu | Network 29 | |
| 583 | www.monicasneaker.vip a/k/a monicasneaker@gmail.com | Network 30 | $38,000,000 |
| 584 | Gao Lingfeng | Network 30 | |
| 585 | huang quanshan | Network 30 | |
| 586 | Frankiesng | Network 30 | |
| 587 | Monica Lynn | Network 30 | |
| 588 | Quanshan Huang | Network 30 | |
| 589 | ZHH Logistics Services PTE LTD | Network 30 | |
| 590 | SHIPBYAGENT | Network 30 | |
| 591 | Wang Luying | Network 30 | |
| 592 | www.chansneakers.com a/k/a lhy090121@163.com | Network 31 | $26,000,000 |
| 593 | Aiduk Trd Cl Ltd. | Network 31 | |
| 594 | Jackie Chan | Network 31 | |
| 595 | Aiduk Trd Co Ltd. | Network 31 | |
| 596 | haoyu liu | Network 31 | |
| 597 | LHY090121 | Network 31 | |
| 598 | liu haoyu | Network 31 | |
| 599 | li mingxi | Network 31 | |

| | Defaulting Defendants | | |
|---|---|---|---|
| | *The individual Defaulting Defendants comprising each Defendant Network are jointly and severally liable to Plaintiffs for the amounts specified for the respective networks with which each is Defaulting Defendant is associated:* | | |
| No. | Defaulting Defendant | Network(s)[1] | Damages[2] |
| 600 | LMXBOXING | Network 31 | $26,000,000 |
| 601 | www.perfectkicks.org a/k/a davisbh550@gmail.com | Network 32 | $81,200,000 |
| 602 | luxurystyle | Network 32 | |
| 603 | guang zhou ding sen fu shi you xian gong si | Network 32 | |
| 604 | PSLUXSTYLES | Network 32 | |
| 605 | shen zhen shi da jie ke ji you xian gong si | Network 32 | |
| 606 | Michael Patrick | Network 32 | |
| 607 | MICHAELPATR | Network 32 | |
| 608 | Shane Sanchez | Network 32 | |
| 609 | www.uabat.com a/k/a finance@uabat.com | Network 33 | $91,000,000 |
| 610 | Admin Manager | Network 33 | |
| 611 | h h | Network 33 | |
| 612 | Hero Media CO., Limited | Network 33 | |
| 613 | HEROMEDIACO | Network 33 | |
| 614 | hu zhiqiang | Network 33 | |
| 615 | IBM | Network 33 | |
| 616 | www.heromedialtd.com | Network 33 | |
| 617 | Zhiqiang Hu | Network 33 | |
| 618 | UABAT | Network 33 | |
| 619 | xia men you liang hu dong ke ji you xian gong si | Network 33 | |
| 620 | www.boolopo.com a/k/a support@boolopo.com | Network 34 | |
| 621 | Duzie Yaya Zheng Trading Co. | Network 34 | |
| 622 | www.soleshop.me a/k/a 123729466@qq.com | Network 35 | $73,000,000 |
| 623 | Qichuang John | Network 35 | |
| 624 | Zhifu Duzie Jiushi Trading Co. | Network 35 | |
| 625 | Jiangang Yuan | Network 35 | |
| 626 | Jingbo Lin | Network 35 | |
| 627 | Yuan Jiangang | Network 35 | |
| 628 | www.wonderkicks.com a/k/a info@wonderkicks.ru | Network 36 | $54,000,000 |
| 629 | Haiyue Wen | Network 36 | |
| 630 | andrea lopez | Network 36 | |
| 631 | carlos abundiz | Network 36 | |
| 632 | CARLOS ABUNDIZ CASTRO | Network 36 | |
| 633 | Carlos F Abundiz | Network 36 | |
| 634 | Carlos F. Abundiz Castro | Network 36 | |
| 635 | CARLOS11238 | Network 36 | |
| 636 | HK Hankanglin Trade Co. Ltd. | Network 36 | |
| 637 | LJUN234 | Network 36 | |
| 638 | nieves cruz | Network 36 | |
| 639 | WENHAIYUE | Network 36 | |
| 640 | BAIYONGBING | Network 36 | |

| | Defaulting Defendants | | |
|---|---|---|---|
| *The individual Defaulting Defendants comprising each Defendant Network are jointly and severally liable to Plaintiffs for the amounts specified for the respective networks with which each is Defaulting Defendant is associated:* | | | |
| **No.** | **Defaulting Defendant** | **Network(s)[1]** | **Damages[2]** |
| 641 | Jin Liu | Network 36 | $54,000,000 |
| 642 | june liu | Network 36 | |
| 643 | QIJUN HUANG | Network 36 | |
| 644 | Yongbing Bai | Network 36 | |
| 645 | www.g5tony.net a/k/a chenbiao198742@163.com | Network 37 | $91,000,000 |
| 646 | Zhang Yaodan | Network 37 | |
| 647 | Zhang Xu | Network 37 | |
| 648 | YD56789 | Network 37 | |
| 649 | chen biao | Network 37 | |
| 650 | CHENBIAO198 | Network 37 | |
| 651 | Elite c/o YHH | Network 37 | |
| 652 | www.goaljerseys.co a/k/a housinghouse@live.cn | Network 38 | $42,000,000 |
| 653 | Guangying | Network 38 | |
| 654 | gaoweijia | Network 38 | |
| 655 | Jack Ma | Network 38 | |
| 656 | HK Wenmo Trade Co. Ltd. | Network 38 | |
| 657 | anitkor chawla | Network 38 | |
| 658 | SOCCERGEARS | Network 38 | |
| 659 | www.onestev.com | Network 38 | |
| 660 | ZICHENGMAOY | Network 38 | |
| 661 | LIANGCHENG LI | Network 38 | |
| 662 | www.macseven.net a/k/a 463065914@qq.com | Network 39 | $33,000,000 |
| 663 | SEVEN | Network 39 | |
| 664 | Gun Meng Na Dan Trade Co. Ltd. | Network 39 | |
| 665 | Caoqun Wu | Network 39 | |
| 666 | chaoqun wu | Network 39 | |
| 667 | Panpay USA Inc, Chaoqun Wu | Network 39 | |
| 668 | wu chaoqun | Network 39 | |